UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:18-00544 GW (ADS)　　　　　　　　Date: November 26, 2019

Title: *Federico Sanchez v. Stan Sniff, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

　　Plaintiff Federico Sanchez, a pro se pretrial detainee at Robert Presley Detention Center in Riverside, California, filed a First Amended Complaint alleging violations under 42 U.S.C. § 1983. [Dkt. No. 8]. On July 11, 2019, the Court dismissed the First Amended Complaint with leave to amend and ordered Plaintiff to file a second amended complaint by no later than August 1, 2019. [Dkt. No. 13]. On September 12, 2019, the Court issued an Order to Show Cause in relation to Plaintiff's failure to file a second amended complaint by the deadline. [Dkt. No. 14]. Plaintiff filed a Response to the Order to Show Cause on September 29, 2019 seeking additional time to file a Second Amended Complaint. [Dkt. No. 15]. The Court granted Plaintiff an extension of time and granted Plaintiff leave to file a second amended complaint by no later than October 30, 2019. [Dkt. No. 16]. As of the date of this order, the Court has not received a second amended complaint or any response from Plaintiff.

　　Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff's response must be in writing and filed with the Court by no later than **December 20, 2019**. Plaintiff may respond to this ORDER TO SHOW CAUSE by (a) filing a second amended complaint or (b) filing a statement with the Court indicating the desire to continue to move forward with the First Amended Complaint despite the weaknesses noted by the Court in the July 11, 2019 Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:18-00544 GW (ADS)                    Date:  November 26, 2019

Title:  *Federico Sanchez v. Stan Sniff, et al.*

    Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk kh